| | |
|---|---|
| 1 | JOHNSON & PHAM, LLP |
| | Christopher D. Johnson, SBN: 222698 |
| 2 |     E-mail: cjohnson@johnsonpham.com |
| | Christopher Q. Pham, SBN: 206697 |
| 3 |     E-mail: cpham@johnsonpham.com |
| | Marcus F. Chaney, SBN: 245227 |
| 4 |     E-mail: mchaney@johnsonpham.com |
| | Nicole Drey Huerter, SBN: 250235 |
| 5 |     E-mail: ndrey@johnsonpham.com |
| | Hung Q. Pham, SBN: 276613 |
| 6 |     Email: ppham@johnsonpham.com |
| | 6355 Topanga Canyon Boulevard, Suite 326 |
| 7 | Woodland Hills, California 91367 |
| | Telephone:  (818) 888-7540 |
| 8 | Facsimile:   (818) 888-7544 |

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

Octavio Garcia dba OG Sports Collectibles
13651 Duncan Street
Holland, Michigan 49424

Defendant in *Pro Se*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, and BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>OCTAVIO GARCIA, an Individual and d/b/a OG SPORTS COLLECTIBLES; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 2:18-cv-09149-AB-JC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND OR OTHERWISE PLEAD TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:<br>December 17, 2018<br><br>Current Response Date:<br>January 7, 2019<br><br>New Response Date:<br>February 6, 2019 |

- 1 -
**STIPULATION**

**TO THE COURT AND DEFENDANT IN PRO SE:**

Plaintiffs BMW of North America, LLC ("BMW NA") and Bayerische Motoren Werke AG ("BMW AG") (collectively "BMW"), through its counsel of record, and Defendant Octavio Garcia ("Defendant"), in *pro se*, do hereby stipulate and agree that Defendant shall have an extension of time to file a response or otherwise plead to Plaintiff's Complaint by no more than thirty (30) days. Therefore, Defendant has up to and including Febraury 6, 2019, to file his response to Plaintiff's Complaint.

DATED: January 7, 2018              JOHNSON & PHAM, LLP


                                    By: /s/ Hung Q. Pham
                                    Hung Q. Pham, Esq.
                                    Attorney for Plaintiffs
                                    BMW OF NORTH AMERICA, LLC and
                                    BAYERISCHE MOTOREN WERKE AG

DATED: January 7, 2018


                                    By: /s/ Octavio Garcia
                                    Octavio Garcia
                                    Defendant in *Pro Se*

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham, LLP, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On January 8, 2019, I served the within document(s):

STIPULATION TO EXTEND TIME TO RESPOND OR OTHERWISE PLEAD TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

☐ <u>FACSIMILE</u> - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ <u>MAIL</u> - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ <u>PERSONAL SERVICE</u> - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ <u>OVERNIGHT COURIER</u> - by placing the document(s) listed above in a sealed envelope with shipping prepaid and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via FEDERAL EXPRESS.

☐ <u>ELECTRONIC DELIVERY</u> - by causing such document(s) to be transmitted by electronic mail transmission to the appropriate electronic mail address(es) set forth below.

Octavio Garcia dba OG Sports Collectibles
13651 Duncan Street
Holland, Michigan 49424

Defendant in *Pro Se*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on January 8, 2019, at Woodland Hills, California.

       /s/ Catherine Brannan
      CATHERINE BRANNAN